UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated, | Case No. 2:25-cv-11838-DPH-CI |
| Plaintiff, | Hon. Denise Page Hood |
| v. | Magistrate Judge Curtis Ivy, Jr. |
| MICHAEL KORS (USA), INC., | |
| Defendant. _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that George T. Blackmore, Esq., enters his appearance as local counsel on behalf of Plaintiff and the proposed class.

Respectfully Submitted,

BLACKMORE LAW PLC

/s/ George T. Blackmore
By: George T. Blackmore (P76942)
1100 Owendale Drive
Suite M
Troy, MI 48083
Phone: (888) 835-2993
george@blackmore.law
*Local Counsel for Plaintiff and the proposed class*

Dated: June 30, 2025

1

## **CERTIFICATE OF SERVICE**

I certify that on June 30, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore