UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Victoria Soboleski,

               Plaintiff(s),

v.                                       Case No. 2:25−cv−11838−DPH−CI
                                                      Hon. Denise Page Hood

Michael Kors (USA), Inc.,

               Defendant(s),

## ORDER TO SHOW CAUSE

    IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 10/17/2025, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                                      <u>s/Denise Page Hood</u>
                                                      Denise Page Hood
                                                      U.S. District Judge

## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: <u>s/L. Saulsberry</u>
                                                               Case Manager

Dated:   September 26, 2025