UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA SOBOLESKI,
*on behalf of herself and*
*others similarly situated,*

    Plaintiff,

vs.

MICHAEL KORS (USA), INC.,

    Defendant.

Case No. 25-11838
Judge Denise Page Hood
Magistrate Curtis Ivy, Jr.

_____

## APPEARANCE AND NOTICE OF APPEARANCE

PLEASE take notice that the undersigned enters an Appearance in this case on behalf of Michael Kors (USA), Inc. Request is made that the documents filed in this case be served on the undersigned.

    Respectfully Submitted,
    KELLEY DRYE & WARREN LLP

    /s/ *James B. Saylor*
    By:  JAMES B. SAYLOR
    Attorney for Defendant
    3 World Trade Center
    175 Greenwich Street
    New York, NY 10007
    jsaylor@kelleydrye.com

Dated: September 26, 2025

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                        Respectfully Submitted,
                                        KELLEY DRYE & WARREN LLP

                                        /s/ *James B. Saylor*
                                        By:   JAMES B. SAYLOR
                                        Attorney for Defendant
                                        3 World Trade Center
                                        175 Greenwich Street
                                        New York, NY 10007
                                        jsaylor@kelleydrye.com

Dated: September 26, 2025