UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA SOBOLESKI,
*on behalf of herself and*
*others similarly situated,*

    Plaintiff,

vs.

MICHAEL KORS (USA), INC.,

    Defendant.

Case No. 25-11838
Judge Denise Page Hood
Magistrate Curtis Ivy, Jr.

_____

## APPEARANCE AND NOTICE OF APPEARANCE

PLEASE take notice that the undersigned enters an Appearance in this case on behalf of Michael Kors (USA), Inc. Request is made that the documents filed in this case be served on the undersigned.

    Respectfully Submitted,
    ALOIA LAW

    */s/ Ralph Colasuonno*
    By:  RALPH COLASUONNO (P55019)
    Attorney for Defendant
    48 South Main Street, Suite 3
    Mount Clemens, MI 48043
    586.783.3300
    colasuonno@aloia.law

Dated: September 26, 2025

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 26, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                            Respectfully Submitted,
                                            ALOIA LAW

                                            */s/ Ralph Colasuonno*
                                            By:  RALPH COLASUONNO (P55019)
                                            Attorney for Defendant
                                            48 South Main Street, Suite 3
                                            Mount Clemens, MI 48043
                                            586.783.3300
                                            colasuonno@aloia.law

Dated: September 26, 2025