UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL KORS (USA), INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:25-cv-11838-DPH-CI<br><br>District Judge Denise Page Hood<br><br>Magistrate Judge Curtis Ivy, Jr. |

### JOINT RESPONSE TO COURT'S ORDER TO SHOW CAUSE

　　Plaintiff Victoria Soboleski ("Plaintiff") and Defendant Michael Kors (USA), Inc. ("Defendant") (together the "Parties"), jointly respond to the Court's Order to Show Cause why the Complaint should not be dismissed for failure to prosecute. (ECF No. 4.)

　　1.　　Plaintiff initiated this Action by filing a Class Action Complaint (the "Complaint") on June 30, 2025. (ECF No. 1);

　　2.　　Defendant waived service of the Complaint on July 8, 2025. A true and correct copy of Defendant's executed waiver of service is attached hereto as **Exhibit A**;

　　3.　　Before Defendant's deadline to respond to the Complaint elapsed, the Parties met and conferred regarding an extension of time for Defendant's response to the Complaint;

　　4.　　The Parties agreed to extend Defendant's deadline to respond to the Complaint by forty-five (45) days to October 23, 2025, and executed a stipulation to that effect;

　　5.　　Pursuant to R12 of the Eastern District of Michigan ECF Filing Procedures, Defendant submitted a Microsoft Word version of the Parties' Stipulation and Proposed Stipulated Order with the Court on September 4, 2025. A true and correct copy of the Parties' Stipulation and Proposed Stipulated Order is attached hereto as **Exhibit B**;

6. Due to Defendant's waiver of service and the Parties' subsequent stipulation to an extended response date, Plaintiff and Defendant jointly and respectfully request that the Court discharge the Order to Show Cause and issue an Order granting Defendant up to and including October 23, 2025, to respond to the Complaint.

| | |
|---|---|
| Dated: September 26, 2025 | Respectfully submitted, |
| */s/ with consent of Anthony I. Paronich* | */s/ James B. Saylor* |
| Anthony I. Paronich | James B. Saylor |
| Paronich Law, P.C. | Kelley Drye & Warren LLP |
| 350 Lincoln Street, Suite 2400 | 3 World Trade Center |
| Hingham, MA 02043 | 175 Greenwich Street |
| Tel.: (617) 485-0018 | New York, NY 10007 |
| anthony@paronichlaw.com | Tel.: (212) 808-7800 |
| | jsaylor@kelleydrye.com |
| George T. Blackmore | |
| Blackmore Law PLC | Benjamin J. Aloia |
| 1100 Owendale Drive, Ste. M | Ralph Colasuonno |
| Troy, MI 48043 | Aloia Law, P.C. |
| Tel.: (888) 835-2993 | 48 S. Main Street, Ste. 3 |
| george@blackmore.law | Mount Clemens, MI 48043 |
| | Tel.: (586) 783-3300 |
| *Counsel for Plaintiff* | aloia@aloia.law |
| | colasuonno@aloia.law |
| | |
| | *Counsel for Defendant* |