# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL KORS (USA), INC.,<br><br>　　　　　　　　　　Defendant. | Case No. 2:25-cv-11838-DPH-CI<br><br>District Judge Denise Page Hood<br><br>Magistrate Judge Curtis Ivy, Jr. |

### JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MICHAEL KORS (USA), INC. TO RESPOND TO COMPLAINT

Plaintiff Victoria Soboleski ("Plaintiff") and Defendant Michael Kors (USA), Inc. ("Defendant") (together the "Parties"), by and through their respective counsel, hereby stipulate and agree that Defendant's deadline to respond to the Complaint shall be extended up to and including October 23, 2025. In support of the stipulation, the Parties respectfully state as follows:

1.　　Plaintiff initiated this Action by filing a Class Action Complaint (the "Complaint") on June 30, 2025 (ECF No. 1);

2.　　Defendant waived service of the Complaint on July 8, 2025;

3.　　The current deadline for Defendant to respond to the Complaint is September 8, 2025. Fed. R. Civ. P. 4(d)(3);

4.　　The Parties have met and conferred regarding an extension of time for Defendant's response to the Complaint, and the parties have agreed to extend Defendant's deadline to respond to the Complaint by forty-five (45) days to October 23, 2025;

     5.     This is Defendant's first request for an extension and the first request by either party for an extension of time for any deadline in this action;

     6.     Therefore, Plaintiff and Defendant respectfully request that, pursuant to the instant stipulation, that the Court enter an Order granting Defendant up to and including October 23, 2025 to respond to the Complaint.

     SO STIPULATED.

| | |
|---|---|
| Dated: September 4, 2025 | Respectfully submitted, |
| */s/ with consent of Anthony I. Paronich* | */s/ James B. Saylor* |
| Anthony I. Paronich | James B. Saylor |
| Paronich Law, P.C. | Kelley Drye & Warren LLP |
| 350 Lincoln Street, Suite 2400 | 3 World Trade Center |
| Hingham, MA 02043 | 175 Greenwich Street |
| Tel.: (617) 485-0018 | New York, NY 10007 |
| anthony@paronichlaw.com | Tel.: (212) 808-7800 |
| | jsaylor@kelleydrye.com |
| George T. Blackmore | |
| Blackmore Law PLC | Benjamin J. Aloia |
| 1100 Owendale Drive, Ste. M | Ralph Colasuonno |
| Troy, MI 48043 | Aloia Law, P.C. |
| Tel.: (888) 835-2993 | 48 S. Main Street, Ste. 3 |
| george@blackmore.law | Mount Clemens, MI 48043 |
| | Tel.: (586) 783-3300 |
| *Counsel for Plaintiff* | aloia@aloia.law |
| | colasuonno@aloia.law |
| | |
| | *Counsel for Defendant* |

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL KORS (USA), INC.,<br><br>Defendant. | Case No. 2:25-cv-11838-DPH-CI<br><br>District Judge Denise Page Hood<br><br>Magistrate Judge Curtis Ivy, Jr. |

## STIPULATED ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

On September 4, 2025, Plaintiff Victoria Soboleski ("Plaintiff") and Defendant Michael Kors (USA), Inc. ("Defendant") (together the "Parties") submitted a joint stipulation to extend Defendant's time to respond to the Complaint until October 23, 2025.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation. Defendant shall respond to Plaintiff's Complaint (ECF No. 1) on or before October 23, 2025.

IT IS SO ORDERED.