UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Victoria Soboleski,

                Plaintiff(s),

v.                                        Case No. 2:25−cv−11838−DPH−CI
                                                Hon. Denise Page Hood

Michael Kors (USA), Inc.,

                Defendant(s),

## ORDER VACATING ORDER TO SHOW CAUSE

The Court having issued an Order to Show Cause on September 26, 2025, and the appropriate action having been taken;

IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

SO ORDERED.

                                                        s/Denise Page Hood
                                                        Denise Page Hood
                                                        U.S. District Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                         By: s/L. Saulsberry
                                                             Case Manager

Dated:   September 30, 2025