## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL KORS (USA), INC.,<br><br>      Defendant. | Case No. 2:25-cv-11838-DPH-CI<br><br>District Judge Denise Page Hood<br><br>Magistrate Judge Curtis Ivy, Jr. |

### JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT MICHAEL KORS (USA), INC. TO RESPOND TO COMPLAINT

Plaintiff Victoria Soboleski ("Plaintiff") and Defendant Michael Kors (USA), Inc. ("Defendant") (together the "Parties"), by and through their respective counsel, hereby stipulate and agree that Defendant's deadline to respond to the Complaint shall be extended up to and including October 23, 2025. In support of the stipulation, the Parties respectfully state as follows:

  1.  Plaintiff initiated this Action by filing a Class Action Complaint (the "Complaint") on June 30, 2025 (ECF No. 1);

  2.  Defendant waived service of the Complaint on July 8, 2025;

  3.  The current deadline for Defendant to respond to the Complaint is September 8, 2025. Fed. R. Civ. P. 4(d)(3);

  4.  The Parties have met and conferred regarding an extension of time for Defendant's response to the Complaint, and the parties have agreed to extend Defendant's deadline to respond to the Complaint by forty-five (45) days to October 23, 2025;

5. This is Defendant's first request for an extension and the first request by either party for an extension of time for any deadline in this action;

6. Therefore, Plaintiff and Defendant respectfully request that, pursuant to the instant stipulation, that the Court enter an Order granting Defendant up to and including October 23, 2025 to respond to the Complaint.

SO STIPULATED.

Dated: September 4, 2025

*/s/ with consent of Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel.: (617) 485-0018
anthony@paronichlaw.com

George T. Blackmore
Blackmore Law PLC
1100 Owendale Drive, Ste. M
Troy, MI 48043
Tel.: (888) 835-2993
george@blackmore.law

*Counsel for Plaintiff*

Respectfully submitted,

*/s/ James B. Saylor*
James B. Saylor
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
jsaylor@kelleydrye.com

Benjamin J. Aloia
Ralph Colasuonno
Aloia Law, P.C.
48 S. Main Street, Ste. 3
Mount Clemens, MI 48043
Tel.: (586) 783-3300
aloia@aloia.law
colasuonno@aloia.law

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>MICHAEL KORS (USA), INC.,<br><br>      Defendant. | Case No. 2:25-cv-11838-DPH-CI<br><br>District Judge Denise Page Hood<br><br>Magistrate Judge Curtis Ivy, Jr. |

**STIPULATED ORDER FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S COMPLAINT**

On September 4, 2025, Plaintiff Victoria Soboleski ("Plaintiff") and Defendant Michael Kors (USA), Inc. ("Defendant") (together the "Parties") submitted a joint stipulation to extend Defendant's time to respond to the Complaint until October 23, 2025.

The Court, having considered the Parties' Stipulation and finding good cause therefor, hereby GRANTS the Stipulation. Defendant shall respond to Plaintiff's Complaint (ECF No. 1) on or before October 23, 2025.

  IT IS SO ORDERED.

Dated: October 1, 2025

                 s/Denise Page Hood
                 United States District Judge