UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, *on behalf of herself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL KORS (USA), INC. <br><br> Defendant. | Civil Action No.: 25-cv-11838 <br><br> Class Action Complaint <br><br> Jury Trial Demanded |

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO MOTION TO DISMISS**

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Michigan, Plaintiff Victoria Soboleski respectfully moves for a 30-day extension of time to respond to Defendant's Motion to Dismiss.

On November 6, 2025, Defendant filed its Motion to Dismiss Plaintiff's Class Action Complaint pursuant to Fed. R. Civ. P. 12(b)(6). Under E.D. Mich. Local Rule 7.1(e)(1)(B), a response to a dispositive motion must be filed within 21 days after service of the motion. Accordingly, Plaintiff's response is currently due on November 27, 2025. Plaintiff respectfully requests a 30-day extension, up to and including December 29, 2025, to respond to Defendant's Motion.

The requested extension is necessary to allow counsel sufficient time to review Defendant's lengthy and complex motion (which raises multiple statutory-construction and jurisdictional arguments under the TCPA) and to prepare a thorough and accurate response addressing each issue.

1

Plaintiff has conferred with counsel for Defendant, who does not oppose the relief requested in this motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion and extend the deadline for filing a response to Defendant's Motion to Dismiss to December 29, 2025.

Dated: November 11, 2025	PLAINTIFF, on behalf of herself
	and others similarly situated,


	*/s/ Anthony I. Paronich*
	Anthony I. Paronich
	Paronich Law, P.C.
	350 Lincoln Street, Suite 2400
	Hingham, MA 02043
	(508) 221-1510
	anthony@paronichlaw.com