UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, *on behalf of herself and others similarly situated*,<br><br>   Plaintiff,<br><br>v.<br><br>MICHAEL KORS (USA), INC.<br><br>   Defendant. | Civil Action No.: 25-cv-11838<br><br>Class Action Complaint<br><br>Jury Trial Demanded |

**ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO RESPOND TO MOTION TO DISMISS**

Upon consideration of Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED.

Plaintiff shall have up to and including December 29, 2025, to file her response to Defendant's Motion to Dismiss.

IT IS SO ORDERED.

s/Denise Page Hood
Hon. Denise Page Hood
United States District Judge

1