UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Victoria Soboleski,

                        Plaintiff(s),

v.　　　　　　　　　　　　　　　　　　　　　Case No. 2:25−cv−11838−DPH−CI
　　　　　　　　　　　　　　　　　　　　　　　Hon. Denise Page Hood

Michael Kors (USA), Inc.,

                        Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 218.  The following motion(s) are scheduled for hearing:

    Motion to Dismiss – #12

- MOTION HEARING:  January 7, 2026 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                           By: s/L. Saulsberry
                                                    Case Manager

Dated:  November 14, 2025