UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>                          Plaintiff,<br>v.<br><br>MICHAEL KORS (USA), INC.,<br><br>                          Defendant. | Case No. 2:25-cv-11838-DPH-CI<br><br>District Judge Denise Page Hood<br>Magistrate Judge Curtis Ivy, Jr.<br><br>Electronically Submitted |

**DEFENDANT MICHAEL KORS (USA), INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO DISMISS**

Pursuant to Local Rule 7.1 of the United States District Court for the Eastern District of Michigan, Defendant Michael Kors (USA), Inc. ("MK") respectfully requests that this Court enter an Order extending its deadline to file its Reply Brief in further support of its pending motion to dismiss Plaintiff's Complaint.

MK filed its Motion to Dismiss Plaintiff's Class Action Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion") on November 6, 2025. (ECF No. 12.) On November 13, 2025, this Court granted Plaintiff's unopposed motion to extend her time to respond to the Motion until December 29, 2025. (ECF No. 14.) Accordingly, under Local Rule 7.1(e)(1), MK's current deadline to file its Reply in further support of the Motion is January 5, 2026. MK respectfully requests a 15-day extension, up to and including January 20, 2026, to file the Reply brief.

MK respectfully submits that its requested extension is necessary given the statutory and jurisdictional complexities in the Motion and in Plaintiff's forthcoming Response in opposition thereto, as well as its counsels' personal and professional obligations around the upcoming holiday season.

MK has conferred with counsel for Plaintiff, who confirmed that he does not oppose the relief requested this motion to extend.

WHEREFORE, MK respectfully requests that the Court grant its unopposed motion and Order that MK's deadline for filing a Reply in further support of its Motion to Dismiss be extended until January 20, 2026.

Dated: December 18, 2025           Respectfully submitted,

By: */s/ James B. Saylor*
James B. Saylor
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel.: (212) 808-7800
jsaylor@kelleydrye.com

Benjamin J. Aloia
Ralph Colasuonno
Aloia Law, P.C.
48 S. Mai Street, Ste. 3
Mount Clemens, MI 48043
Tel.: (586) 783-3300
aloia@aloia.law
colasuonno@aloia.law

*Attorneys for Defendant*