UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, on behalf of herself and others similarly situated,<br><br>                      Plaintiff,<br>        v.<br><br>MICHAEL KORS (USA), INC.,<br><br>                      Defendant. | Case No. 2:25-cv-11838-DPH-CI<br><br>District Judge Denise Page Hood<br>Magistrate Judge Curtis Ivy, Jr.<br><br>Electronically Submitted |

**JOINT NOTICE OF SETTLEMENT AND
REQUEST TO ADJOURN MOTION HEARING**

Plaintiff Victoria Soboleski ("Plaintiff") and Defendant Michael Kors (USA), Inc. ("Defendant") (together the "Parties") jointly file this notice to advise the Court that the Parties have tentatively reached a settlement in this matter and hope to file the appropriate dismissal paperwork within thirty days.

In light of the Parties' settlement in principle, the Parties stipulate and respectfully request that the Court adjourn the in-person motion hearing on Defendant's Motion to Dismiss (ECF No. 12) currently scheduled for January 28, 2026, at 2:00 p.m.

1

| | |
|---|---|
| Dated: January 26, 2026 | Respectfully submitted, |

/s/ with consent of Anthony I . Paronich          /s/ James B. Saylor

Anthony I. Paronich                                          James B. Saylor
Paronich Law, P.C.                                           Kelley Drye & Warren LLP
350 Lincoln Street, Suite 2400                       3 World Trade Center
Hingham, MA 02043                                      175 Greenwich Street
Tel.: (617) 485-0018                                       New York, NY 10007
anthony@paronichlaw.com                         Tel.: (212) 808-7800
                                                                        jsaylor@kelleydrye.com

George T. Blackmore
Blackmore Law PLC                                      Benjamin J. Aloia
1100 Owendale Drive, Ste. M                     Ralph Colasuonno
Troy, MI 48043                                                Aloia Law, P.C.
Tel.: (888) 835-2993                                       48 S. Main Street, Ste. 3
george@blackmore.law                              Mount Clemens, MI 48043
                                                                        Tel.: (586) 783-3300
*Counsel for Plaintiff*                                     aloia@aloia.law
                                                                        colasuonno@aloia.law

                                                                        *Counsel for Defendant*