UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Victoria Soboleski,

                        Plaintiff(s),

v.                                                  Case No. 2:25−cv−11838−DPH−CI
                                                          Hon. Denise Page Hood

Michael Kors (USA), Inc.,

                        Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 218, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  March 23, 2026 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/L. Saulsberry
                                                             Case Manager

Dated:  March 5, 2026