# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICTORIA SOBOLESKI, *on behalf of herself and others similarly situated*, | ) ) ) |
| | ) Civil Action No.: 25-cv-11838 |
| Plaintiff, | ) ) |
| | ) District Judge Denise Page Hood |
| | ) Magistrate Judge Curtis Ivy, Jr. |
| | ) |
| v. | ) |
| | ) |
| MICHAEL KORS (USA), INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Victoria Soboleski hereby provides notice of the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: March 19, 2026      /s/ Anthony I. Paronich
                          Anthony I. Paronich
                          Paronich Law, P.C.
                          350 Lincoln Street, Suite 2400
                          Hingham, MA 02043
                          (508) 221-1510
                          anthony@paronichlaw.com

1