**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VICTORIA SOBOLESKI, on behalf
of herself and others similarly situated,

      Plaintiff,

                                    Case No. 25-11838

v.                                  Hon. Denise Page Hood

MICHEAL KORS (USA), INC.,

      Defendant.

_____/

## ORDER DISMISSING CASE

On March 19, 2026, Plaintiff filed a Notice of Voluntary Dismissal under Rule 41(a)(1)(A)(i) of the Rules of Civil Procedure.

Accordingly,

IT IS ORDERED that this action is DISMISSED with prejudice as Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims pursuant to Rule 41(a)(1)(A)(i) and this action is CLOSED on the docket.

                                      s/Denise Page Hood_____
                                      DENISE PAGE HOOD
                                      United States District Judge

DATED:  March 20, 2026

1